# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-00097 MCS (JEMx) | Date | Sept. 16, 2021 |
|---|---|---|---|
| Title | **Babaeian, et al v. Bankers Life and Casualty Company** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURES AND DISCOVERY RESPONSES (Dkt. 27)**

Defendant Bankers Life filed a Motion To Compel Initial Disclosures And Discovery Responses ("Motion") against Plaintiffs Mohsen Babaeian and Roya Mohammadi on August 20, 2021. (Dkt. 27.) Defendant states that Plaintiffs have not conferred with Defendant. (Dkt. 27-2, Case Decl., ¶¶ 9-11.) Nor have Plaintiffs filed any opposition. Defendant filed a Notice of Non-Opposition on September 14, 2021. (Dkt. 28.)

Accordingly, the Court ORDERS Plaintiffs to show cause by **September 27, 2021** why the Court should not grant the Motion in its entirety.

The hearing on the Motion scheduled for September 28, 2021 is hereby vacated.

cc: All Parties

| | : |
|---|---|
| Initials of Preparer | slo |