Anthony T. Case, Esq. (SBN 149583)
**FARMER CASE & FEDOR**
402 West Broadway, Suite 1100
San Diego, California  92101
Tel: (619) 338-0300  |  Fax: (619) 338-0180
tcase@farmercase.com

Attorneys for Defendant,
Bankers Life and Casualty Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MOHSEN BABAEIAN, an individual, and ROYA MOHAMMADI, an individual,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>BANKERS LIFE,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-00097-MCS-JEM<br><br>**NOTICE OF NO OPPOSITION FILED RE: DEFENDANT'S MOTION FOR CONTINUANCE OF CERTAIN PRETRIAL AND TRIAL DATES**<br><br>**Hearing Date:**　01/10/22<br>**Hearing Time:**　9:00 a.m.<br>**Courtroom:**　　7C<br>**District Judge Scarsi** |

　　Defendant Bankers Life and Casualty Company ("Bankers Life"), by counsel, respectfully submits the following in support of its unopposed Motion for Continuance of Certain Pretrial and Trial Dates.

　　Pursuant to Central District of California L.R. 7-9, oppositions to this motion were to be filed and served no later than twenty-one (21) days before the date designated for the hearing of this motion. As this motion is set for hearing on January 10, 2022, any opposition was to be filed and served by December 20,

1 | 2021. Review of the Civil Docket via CM/ECF shows that, to date, no oppositions
2 | to this motion have been filed.

3 |     Having received no opposition to the pending motion, Defendant Bankers Life respectfully requests that this Court grant its motion to continue certain pretrial and trial dates and modify the scheduling order such that Bankers Life may have 90 days from the Court's granting of this motion within which to have a motion for summary judgment heard.

8 |     Dated this 30th day of December, 2021.

**FARMER CASE & FEDOR**

By: /s/ Anthony Case
ANTHONY T. CASE, ESQ.
Attorneys for Defendant,
Bankers Life and Casualty Company