1
2
3
4                                                           **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10  MOSHEN BABAEIAN and ROYA            Case No. 2:21-cv-00097-MCS-JEM
11  MOHAMMADI,
12                                      **JUDGMENT**
            Plaintiffs,
13
         v.
14
15  BANKERS LIFE AND CASUALTY
    COMPANY and DOES 1 through 50,
16  inclusive,
17
            Defendants.
18

1

Pursuant to this Court's Order Granting Defendant's Motion for Summary Judgment,

IT IS ADJUDGED that judgment is entered in favor of Defendant Bankers Life and Casualty Company and against Plaintiffs Moshen Babaeian and Roya Mohammadi on all claims in Plaintiffs' Complaint. The action is dismissed with prejudice. Plaintiffs shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: March 14, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE